UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCIN STANISLAW GARBACZ,<br><br>Defendant. | CR 5:20-CR-50022<br><br>REDACTED INDICTMENT<br><br>Engaging in Illicit Sexual Conduct in a Foreign Place<br>(18 U.S.C. §§ 2243(c) and 2243(f)(3))<br><br>Possession of Child Pornography<br>(18 U.S.C. § 2252A(a)(5)(B)) |

The Grand Jury charges:

COUNT I

On or about between June 21, 2011, and July 7, 2011, in the District of South Dakota and elsewhere, the defendant, Marcin Stanislaw Garbacz, a United States Citizen and alien admitted for permanent residence, knowingly traveled in foreign commerce, and did engage in illicit sexual conduct as defined in 18 U.S.C. § 2423(f)(3), with (name redacted), a person under the age of 18 at the time the defendant engaged in illicit sexual conduct with him, all in violation of 18 U.S.C. §§ 2243(c) and 2243(f)(3))

COUNT II

On or about between July 2011 and May 2019, in the District of South Dakota and elsewhere, the defendant, Marcin Stanislaw Garbacz, did knowingly possess computer files that contained images of child pornography that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using material that had been mailed and shipped and transported in interstate and foreign commerce by

any means, including by computer, all in violation of 18 U.S.C. § 2252A(a)(5)(B).

                                        A TRUE BILL:

                                        **Name Redacted**

                                        _____
                                        FOREPERSON

RONALD A. PARSONS, JR.
UNITED STATES ATTORNEY

By _____